UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH ROBERGE,<br><br>                Plaintiff,<br><br>    v.<br><br>PETCO ANIMAL SUPPLIES INC.; and JOHN DOES,<br><br>                Defendants,<br><br>    v.<br><br>VESTAR ALDERWOOD PARKWAY, LLC,<br><br>                Third-Party Defendant. | C23-1645 TSZ<br><br>ORDER |

By Minute Order dated February 1, 2024, docket no. 19, the Court directed the parties to show cause why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on November 1, 2023, docket no. 8. On March 1, 2024, counsel for defendant Petco Animal Supplies, Inc. filed a notice, docket no. 20, indicating that the parties had reached a settlement and requesting thirty (30) days to file a stipulation of dismissal. More than thirty (30) days have since elapsed, and no stipulation of dismissal has been filed. Having received no other response to the earlier

ORDER - 1

1 | Minute Order, docket no. 19, the Court hereby DISMISSES this action without prejudice.

2 | <u>See</u> Fed. R. Civ. P. 41(b); <u>see also</u> <u>Wallace v. Hinton</u>, 2000 WL 1728285 (9th Cir.

3 | Nov. 20, 2000) (affirming dismissal without prejudice for failure to timely file a joint

4 | status report (citing <u>Malone v. U.S. Postal Serv.</u>, 833 F.2d 128, 132 (9th Cir. 1987))).

5 |     The Clerk is DIRECTED to send a copy of this Order to all counsel of record and

6 | to CLOSE this case.

7 |     IT IS SO ORDERED.

8 |     Dated this 17th day of April, 2024.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER - 2